No. 272. WILLIAM F. KRELL v. PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. January 24, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. Rush B. Johnson* for plaintiff in error. No appearance for defendant in error.

———

No. 294. REUBEN COOLEY v. STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. January 26, 1923. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Alex. A. Lawrence* for plaintiff in error. *Mr. George M. Napier* for defendant in error.

———

No. 234. WASHINGTON TERMINAL COMPANY v. EMMA G. CALLAHAN, ADMINISTRATRIX, ETC. Error to the Court of Appeals of the District of Columbia. January 29, 1923. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Geo. E. Hamilton* and *Mr. John J. Hamilton* for plaintiff in error. *Mr. Raymond B. Dickey* and *Mr. Daniel Thew Wright* for defendant in error.

———

## CASES DISPOSED OF IN VACATION.

No. 329. COCA COLA COMPANY v. CITY OF ATLANTA; No. 336. THOMAS K. GLENN v. CITY OF ATLANTA; and No. 340. EMPIRE COTTON OIL COMPANY v. CITY OF ATLANTA. Error to the Supreme Court of the State of Georgia. August 26, 1922. Dismissed pursuant to the 28th Rule. *Mr. L. Z. Rosser, Mr. Clifford L. Anderson, Mr. L. C. Hopkins, Mr. Harold Hirsch, Mr. W. D. Thomson, Mr. Jack J. Spalding* and *Mr. Hughes Spalding* for plaintiffs in error. *Mr. George M. Napier* and *Mr. Jesse M. Wood* for defendant in error.